Isaac L. KINGSBY, Plaintiff–Appellant,

v.

S.K. YOUNG, Defendant–Appellee,

and

A. Harding, Correctional Officer, WRSP; John Doe, Correctional Officer, WRSP, Defendants.

No. 02–7587.

United States Court of Appeals, Fourth Circuit.

Submitted April 16, 2003.

Decided May 6, 2003.

Isaac L. Kingsby, Appellant Pro Se. Pamela Anne Sargent, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Isaac L. Kingsby appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. *See Kingsby v. Young,* No. CA–01–592–7 (W.D.Va. filed Sept. 30, 2002, entered Oct. 1, 2002). We deny Kingsby's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*